**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRISHUANA KELLY,

              Petitioner,

v.

WILLIAM REUBART, *et al.,*

              Respondents.

Case No.: 2:26-cv-00590-APG-MDC

**Order Requiring Filing of Application to Proceed *in Forma Pauperis* or Payment of Filing Fee**

[ECF No. 1]

Brishuana Kelly, an individual incarcerated at Nevada's Florence McClure Women's Correctional Center, initiated this federal habeas corpus action on March 3, 2026, by submitting for filing a petition for writ of habeas corpus (ECF No. 1-1). However, Kelly has not paid the $5 filing fee, and she has not filed an application to proceed *in forma pauperis*. She will be required to either pay the filing fee or file an application to proceed *in forma pauperis* before her petition will be filed and her case may proceed.

While Kelly spells her name "Brishauna Kelly" in her petition (*see* ECF No. 1-1 at 1), the Nevada Department of Corrections has her name as "Brishuana Yvonne Kelly." *See* https://ofdsearch.doc.nv.gov/form.php (Offender ID: 64942). Therefore, I will direct the Clerk of Court to revise the docket to reflect that the petitioner's name is: "BRISHAUNA KELLY, aka BRISHUANA YVONNE KELLY."

I THEREFORE ORDER that Petitioner will have 45 days from the date of entry of this order to pay the $5 filing fee or file an application to proceed *in forma pauperis*. If Petitioner does neither within in the time allowed, this action may be dismissed without prejudice.

I FURTHER ORDER that the Clerk of Court is directed to revise the docket to reflect that the petitioner's name is "BRISHAUNA KELLY, aka BRISHUANA YVONNE KELLY."

DATED:  March 5, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2