**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRISHUANA KELLY, | Case No.: 2:26-cv-00590-APG-MDC |
| Petitioner, | **Order Granting Extension of Time for Application to Proceed *in Forma Pauperis* or Payment of Filing Fee** |
| v. | |
| WILLIAM REUBART, *et al.,* | |
| Respondents. | |

Brishuana Kelly, an individual incarcerated at Nevada's Florence McClure Women's Correctional Center, initiated this federal habeas corpus action on March 3, 2026, by submitting for filing a petition for writ of habeas corpus (ECF No. 1-1). However, Kelly has not paid the $5 filing fee, and she has not filed an application to proceed *in forma pauperis*. On March 5, 2026, I ordered Kelly to either pay the filing fee or file an application to proceed *in forma pauperis*. I gave Kelly 45 days—until April 20, 2026—to do one or the other. Kelly has not done either. I will, *sua sponte*, grant Kelly an extension of time, to May 29, 2026. If Kelly does not pay the filing fee or apply to proceed *in forma pauperis* by that date, this case will be dismissed without prejudice.

I THEREFORE ORDER that Petitioner has until May 29, 2026, to pay the $5 filing fee or file an application to proceed *in forma pauperis*. If Petitioner does neither by that date, this case will be dismissed without prejudice.

DATED:  April 22, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE