**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRISHUANA KELLY, | Case No.: 2:26-cv-00590-APG-MDC |
| Petitioner, | **Order Dismissing Action** |
| v. | **[ECF No. 5]** |
| WILLIAM REUBART, *et al.,* | |
| Respondents. | |

Brishuana Kelly, an individual incarcerated at Nevada's Florence McClure Women's Correctional Center, initiated this habeas corpus action on March 3, 2026, by submitting for filing a petition for writ of habeas corpus. ECF Nos. 1, 1-1. However, Kelly did not pay the filing fee, and she did not file an application to proceed *in forma pauperis*. *See* ECF Nos. 3, 4. Consequently, the petition has not been filed, and the respondents have not been served.

On May 26, 2026, Kelly filed a document titled "Motion for [a] Withdrawal [and] Ex Parte Order," in which she moves to withdraw her habeas petition. ECF No. 5. Kelly states in that filing that she "made a mistake in filing it with this court," and that she "should have filed it with the State of Nevada District Court first." *Id*. at 1.

I treat Kelly's May 26 filing as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1), which allows a party to voluntarily dismiss an action by filing such a notice before the opposing party has filed an answer or motion for summary judgment.

I THEREFORE ORDER that Petitioner's "Motion for [a] Withdrawal [and] Ex Parte Order" **[ECF No. 5] is GRANTED**. This action is dismissed without prejudice. The Clerk of Court is directed to enter judgment accordingly and close this case.

I FURTHER ORDER that the Clerk of Court is directed to send a copy of this order to the Attorney General of the State of Nevada.

DATED:  June 2, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2